NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM BERRY,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-1489
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____)

Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Neil A. Roddenbery,
Judge.


PER CURIAM.


          Affirmed.  See Lykins v. State, 894 So. 2d 302 (Fla. 3d DCA 2005);

Thomas v. State, 778 So. 2d 429 (Fla. 5th DCA 2001).


SILBERMAN, VILLANTI, and CRENSHAW, JJ., Concur.